1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6              UNITED STATES DISTRICT COURT

7             NORTHERN DISTRICT OF CALIFORNIA

8
   BOARD OF TRUSTEES OF THE PRINTING  )
9  SPECIALTIES AND PAPER PRODUCTS     )    NO. C 07 4110 JCS
   JOINT EMPLOYER AND UNION HEALTH    )
10 AND WELFARE FUND                   )
                                      )
11              Plaintiffs,           )
           vs.                        )    CONSENT TO
12                                    )    JURISDICTION BY A
   AMCOR SUNCLIPSE NORTH AMERICA, a   )    UNITED STATES
13 California Corporation, doing       )    MAGISTRATE JUDGE
   business as SILICON VALLEY         )
14 CONTAINER                          )
                Defendant.            )
15 _____)

16      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

17          In  accordance  with  the  provisions  of  Title  28  U.S.C.,

18 Section  636  (c),  the  undersigned  party  or  parties  to  the  above-

19 captioned  civil  matter  hereby  voluntarily  consents  to  have  a  United

20 States  Magistrate  Judge  conduct  any  and  all  further  proceedings  in  the

21 case,  including  trial,  and  order  the  entry  of  a  final  judgment.  Appeal

22 from  the  judgment  shall  be  taken  directly  to  the  United  States  Court

23 of  Appeals  for  the  North  Circuit.

24 Date: 8/23/07
                             ERSKINE & TULLEY
25                           A PROFESSIONAL CORPORATION

26
                             By:___/s/ Michael J. Carroll___
27                                 Michael J. Carroll
                                   Attorney for Plaintiffs
28

      CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
                                  1