```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE,<br><br>          Plaintiff,<br><br>  vs.<br><br>AMCOR SUNCLIPSE NORTH AMERICA, a California corporation, doing business as SILICON VALLEY CONTAINER<br><br>          Defendant. | NO.  C 07 4110 JCS<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      Plaintiff, BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE, hereby applies _ex parte_ for an order to continue the Case Management Conference from November 16, 2007 to January 25, 2007.

    This _ex parte_ application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

      Dated:   November 8, 2007

                                  Respectfully submitted,

                                  ERSKINE & TULLEY

                                  By:/s/ Michael J. Carroll
                                      Michael J. Carroll
                                      Attorneys for Plaintiff