ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE<br><br>                    Plaintiff,<br><br>        vs.<br><br>AMCOR SUNCLIPSE NORTH AMERICA, a California corporation,  doing business as SILICON VALLEY CONTAINER<br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.  C 07 4110 JCS<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.   Service has not been accomplished on the defendant because the parties have been engaged in settlement discussion.  No

1   responsive pleading was filed.

2          3.    Substantial payments have been paid, however a balance
3   remains due.  Payment has been promised by Friday.

4          4.  It is requested that the Court continue the Case
5   Management Conference some sixty days hence.

6          5.  Good cause exists to grant plaintiff's request for a
7   continuance of the Case Management Conference currently set for
8   November 16, 2007 to January 25, 2008 to allow the parties time to
9   settle this case and avoid any unnecessary burden to the Court.

10         I declare under penalty of perjury that the foregoing is
11  true and correct to the best of my knowledge.

12         Executed on November 8, 2007 at San Francisco, California.

13
                              /s/ Michael J. Carroll
14                            Michael J. Carroll

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On November 8, 2007 I served the within **DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

```
Tom Brady
Amcor Sunclipse North America
dba Silicon Valley Container
6600 Valley View Street
Buena Park, CA 90620
```

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2007 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman