```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCOR SUNCLIPSE NORTH AMERICA, a California corporation, doing business as SILICON VALLEY CONTAINER,<br><br>Defendant. | NO.  C 07 4110 JCS<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for November 16, 2007 continued to January 25, 2008 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____        _____
                                Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE