```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7                 UNITED STATES DISTRICT COURT

 8                 NORTHERN DISTRICT OF CALIFORNIA

 9

10  BOARD OF TRUSTEES OF THE PRINTING   )   NO. C 07 4110 JCS
    SPECIALTIES AND PAPER PRODUCTS      )
11  JOINT EMPLOYER AND UNION HEALTH     )
    AND WELFARE                         )
12                       Plaintiff,     )
                                        )
13         vs.                          )   NOTICE OF
                                        )   VOLUNTARY DISMISSAL
14  AMCOR SUNCLIPSE NORTH AMERICA, a    )
    California corporation, doing       )
15  business as SILICON VALLEY          )
    CONTAINER                           )
16                       Defendant.     )
                                        )
17  _____

18         Notice is hereby given that plaintiff dismisses the above
19  entitled action without prejudice pursuant to Federal Rule of Civil
20  Procedure 41, and all dates relating to this case should be taken
21  off the Court's calendar including the hearing on a Case Management
22  Conference set for January 25, 2008 at 1:30 p.m. in Courtroom No.
23  A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.
24  Dated:    November 27, 2007          ERSKINE & TULLEY
25
                                         By: _____
26                                           Michael J. Carroll
                                             Attorneys for Plaintiff
27

28
                       NOTICE OF VOLUNTARY DISMISSAL
```

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On November 27, 2007 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Tom Brady**
**Amcor Sunclipse North America**
**dba Silicon Valley Container**
**6600 Valley View Street**
**Buena Park, CA 90620**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2007 at San Francisco, California.

SHARON EASTMAN